**Dismissed and Memorandum Opinion filed August 8, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00093-CV

---

## REBECCA ANN BURGIN, Appellant

### V.

## JAMES  BRENT BURGIN, Appellee

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 06-DCV-152401**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 24, 2013.  The clerk's record was filed March 11, 2013.  The reporter's record was filed April 23, 2013.  No brief was filed.

On June 13, 2013, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before July 15, 2013, the court would dismiss the appeal for want of

prosecution.  *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Busby.